Keith A. Williams
216 Johnson Street
Little Rock, Arkansas 72205
(404) 902-2118
keithwilliams1957@aol.com
date March31,2025
Plaintiff is Pro-se

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 14 2025
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**Keith A. Williams et., al.,** — **Plaintiff (s)**

**v.** — **Case No. 4:25-cv-00041-LPR**

**United States Joint Congressional Committee On Inaugural Ceremonies et., al.,** — **Defendant (s)**

**And**

**Donald J. Trump, 47th President of the United States of America et., al.,** — **Defendant (s)**

---

**Local Rule 7.2 (d)(2)**
**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO AMEND COMPLAINT FOR THE SECOND TIME WHERE PLAINTIFF(S) SEEKS PRELIMINARY INJUNCTION AGAINST IRREPARABLE HARM DUE TO PRESIDENT DONALD TRUMP'S EXECUTIVE ORDER 14151**
**Under 28 U.S.C 1331 and under 28 U.S.C. 1332**

---

**MOTION MADE BY:** — **Name: Keith A. Williams**

**DATE, TIME & PLACE OF MOTION** — **To be determined by the Court**
**United States District Court**
**Eastern District of Arkansas**
**Central Division**

**SUPPORTING PAPERS** — **This Notice of Notice, Declaration of me**

**Keith A. Williams and me the plaintiff accompanying Memorandum of law**

**RELIEF REQUESTED**

**On motion, leave of the court to amend Plaintiff's complaint where Plaintiff seeks Preliminary Injunction against irreparable harm due to President Donald J. Trump Executive Order 14151**

By *Keith A Williams*

**Keith A. Williams**
**Pro-se**
***216 Johnson Street***
**Little Rock, Arkansas 72205**
**keithwilliams1957@aol.com**
**(404) 902-2118**

**Keith A. Williams et., al.,** **Plaintiff**

**v.** **Case No. 4:25-cv-00041-LPR**

**United States Joint Congressional Committee On Inaugural Ceremonies et., al.,**
**Defendant (s)**

**and**

**Donald J. Trump 47th President of The United States of America et., al.,** **Defendant (s)**

---

**Local Rule 7.2 (d) (2)**
**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO AMEND COMPLAINT FOR THE SECOND TIME WHERE PLAINTIFF(S) SEEKS PRELIMINARY INJUNCTION AGAINST IRREPARABLE HARM DUE TO PRESIDENT DONALD TRUMP'S EXECUTIVE ORDER 14151 AND EXECUTIVE ORDER 14148**
**under 28 U.S.C. 1331 and under 28 U.S.C. 1332**

---

I Keith A. Williams declared under the penalty of perjury that the following facts are true and correct to the best of my information and understanding.

1. I am the Pro-se [Plaintiff] in this case
2. Copies of this complaint were certified and mailed to opposing parties in this case
3. Defendant names and addresses are listed below.

United States Joint Congressional Committee on Inaugural Ceremonies (JCCIC)
S-407, United States Capitol
Attn: Joint Congressional Committee
On Inaugural Ceremonies (JCCIC)

and

The White House
1600 Pennsylvania Ave NW
Attn: David Warrington
White House Counsel
Washington D.C. 20500

**WHEREFORE,** Plaintiff (s) Keith A. Williams request that the Court grand the Plaintiff(s), leave of the Court to amend complaint for the second time where plaintiff(s) seeks Preliminary Injunction against irreparable harm due to President Donald Trump Executive Order 14151

**Keith A. Williams**
**Pro-Se**
**216 Johnson Street**
**Little Rock, Arkansas 72205**
**(404) 902-2118**
**Keithwilliams1957@aol.com**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

**Keith A. Williams et., al.,**
**Plaintiff (s)**

**v.** **Case No. 4:25-cv-00041-LPR**

**United States Joint Congressional Committee on Inaugural Ceremonies et., al.,**
**Defendant (s)**

**And**

**Donald J. Trump 47th President Of the United States of America et., al.,** **Defendant (s)**

---

**Local Rule 7.2 (d) (2)**
**SECOND AMENDED COMPLAINT WHERE PLAINTIFF(S) SEEKS PRELIMINARY INJUNCTION AGAINIST IRREPARABLE HARM DUE TO PRESIDENT'S DONALD J TRUMP'S EXECUTIVE ORDER 14151 AND EXECUTIVE ORDER 14148**
**under 28 U.S.C. 1331 and under 28 U.S.C. 1332**

---

Plaintiff Keith A Williams by and through is the Pro-se in this case and alleges as follows:

## PARTIES

1. At all times, hereafter mentioned, Keith A. Williams, (hereafter "Plaintiff" or "Keith")

2. Defendant, United States Joint Congressional Committee on Inaugural Ceremonies (hereinafter referred to as (JCCIC)

3. Defendant, Donald J. Trump 47th President of the United States (hereafter "The President" or President Donald J. Trump or (Commander-in-Chief "CIC")

**JURISDICTION, VENUE**

4. Jurisdiction is proper pursuant to 28 U.S.C. 133, because this case arising under the United States Constitution, federal and treaties, which are federal questions

5. The proper venue is United States District Court for the Eastern District of Arkansas

**6. BACKGROUND**

The U.S. President have created a constitutional crisis with Executive Order 14151. JCCIC, allowed The U.S. President, to take the presidential oath of office for the second time, when The U.S. President did not Faithfully executed the Office of President of the United States during his first term, s because The U.S. President refuse to concede the 2020 U.S. presidential election a violation of his Article II Section 1, Clause 8 The U.S. President did not faithfully executive the Office of President of the United States. Does faithfully mean anything for candidates who run for federal office. Engel v. Vitale, 370 U.S. 421 (1962) give us precedent of Being faithfully, the plaintiffs (they wanted to be faithful to the cause not to the school cause) in that case argue that opening the school day with such a prayer violates the Establishment Clause of the First Amendment to the United States Constitution. Donald Trump was not faithfully to the cause of Article II Section 1 Clause 8 of the United States constitution, but to his own personal concoction. Keith was raised to be faithful to his religion and to the United States Constitution, and there are consequences for being insubordinate, to the cause. I was in the United States military, Keith swore to be faithful in the armed services and it was accomplished. To be impeached twice as a sitting president, [Federal Question 1] Article II Section I Clause 8, says to be faithful, was the U.S. President faithful, by being impeached twice. [Constitutional Question 2] Were the JCCIC faithful, by allowing The U.S. President to take the Oath on January 20, 2025.

[Constitutional Question 3] Whether Article II Section 1[Clause 8] carry any enforcement weight, Federalist No. 33, the sweeping clause, as it has been affectedly called, authorizes the national to pass legislature to pass all necessary and proper laws, "Sweeping Clause" also known as the Necessary and Proper Clause, see Article I Section 8 Clause 18, that grants Congress the power to make all laws deemed "necessary and proper" to carry out its enumerated power. As you can see Article II Section 1 Clause 8 is part of the U.S. Constitution which is the supreme law of the land. To be faithful pursuant to Article II Section I Clause 8 is part of the Supreme Law of the land. See MacPherson v. Buick Motor Co., 217 N.Y. 382, 111 N.E. 1050 (1916). Yes, this is a negligence per se complaint against JCCIC who 100% negligence for is allowing the "CIF" to take the Oath of Office, on January 20, 2025. JCCIC allowed the "CIC' to breach Article II, Section I, Clause 8, of the U.S. Constitution. During the "CIC" first term he breach his first Oath of Office when as Early the summer of 2020, the "CIC" began questioning the legitimacy of the 2020 election, saying that the Increase of mail in voting in the election, say that the increase of mail-in voting in the election compared to the previous elections will lead to a rigged election "(that is being unfaithful violation of the "The CIC" Presidential Oath of Office"). The "CIC" was unfaithful to the [ Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) enacted by 99th United States Congress, P.L. 99-410 52 U.SC.] Public Law 99-410 was signed into law by President Ronald Rea on August 28, 1986. The act was amended by Help) America Act Public law 107-252 (116 Stat. 1666). "CIC" first term claimed that mail-in-voting would hurt his Campaign Which polls show to be in a tight race with Democratic candidate Joe Biden. Democratic Denounced, "CIC's" comment, saying his position is an attempt to prevent Americans from voting him out (that is being unfaithful") On January 8, 2021, Twitter announced that they had permanently suspended "CIC" Personal account "due to the risk of further incitement of violence "following the Capitol attack. "CIC" announced in his final tweet before the suspension that he would not attend the inauguration of Joe Biden. Other social media platforms like Facebook, Snapchat, YouTube and other suspended the official handles of "CIC". As you can see the "CIC" was a very unfaithful during his first term as president of the United States,

See Thompson v. Trump, No. 21-5254 (D.C. Cir. 2021) page 6 "for those reasons a preliminary injunction as those documents in the Archivist's first tranches over which President Biden has determined that a claim of Executive privilege is not justified. Page 6 (I) (A) "On November 3, 2021, Americans elected Joseph Biden as President, giving him 306 electoral college votes. Then President Trump, refused to concede, claiming that the election was "rigged" and characterized by 'tremendous voter fraud and irregularities []" President Donald Trump Statement on 2020 Election Results at 0:34-0:46, 18:11-18:15, C-SPAN (Dec. 7, 2020). https://www.c-span.org/video/?506975-1/president-trump-statement-2020-election-results (last accessed Dec 7, 2021). Over the next several weeks President Trump and his allies filed a series of lawsuits challenging the results of the election. Current Litigation ABA: Standing Comm. On ELECTION LAW (April 30, 2021). https://perma.cc/9CRN-2464. The courts reject every one of the substantive claims of voter fraud that was raised. See e.g. Donald J. Trump for President, Inc v. Secretary of Pennsylvania, 890 f. App'x 377, 381 (3d Cir. 2020) ("[C]alling an election an election unfair does not make it so.

**7. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT HAVE ALREADY PROVEN THAT DONALD J. TRUMP IS AN INSURRECTIONIST. FOR JCICC ALLOWING PRESIDENT DONALD J TRUMP TO TAKE THE PRESIDENTIAL OATH OF OFFICE FOR THE SECOND TIME KNOWNING THAT HE VIOLATED THE "TAKE CARE**

**8. CLAUSE" ARTICLE II SECTION 3 ON THE UNITED STATES CONSTITITUTION. JCICC HAS PARTICIPATED IN THIS REPREHENSIBLE ACT OF BREACHING ARTICILE II, SECTION 1, CLAUSE 8 OF THE UNITED STATES CONSTITUTION**

To establish a negligence per se claim, a plaintiff must prove four elements: duty of care owned by the defendant, a breach of that duty of care, the breach directly caused the injury, and damages (actual harm or injury). Had JCICC comply with Appeal from the United States District Court for the District of Columbia see (No. 1:21-cv-02769), JCICC, would have realized that CIC was ineligible the Presidential Oath of Office for the second time, one reason if JCICC had comply with (No. 1:21-cv-02769) court order, the judgement of the district court denying a preliminary injunction is affirmed, see page 68. This one reason why "JCIC" was denied a preliminary injunction (No.1:21-cv-02789) see page 3" MILLETT, Circuit Judge: On January 6, 2021, a mob professing support for then-President Trump violently attacked the United States Capitol in an

effort to prevent a Joint Session of Congress from certifying the electoral college votes designating Joseph R. Biden the 46th President of the United States. The rampage left multiple people dead, injured more than 140 people, and inflicted millions of dollars in damages to the Capitol. Then-Vice President Pence, Senators, and safety. Page 5" The central question in this case is whether, despite the exceptional and imperative circumstance underlying the Committee's request and President Biden's decision, a federal court can, at the former President's behest, override President Biden's decision not
Representatives were all forced to halt their constitutional duties and flee the House and Senate chambers for

to invoke privilege and prevent his release

to Congress f documents in this possession that he deems to be needed for a critical legislative inquiry" If "CIC" gets a preliminary injunction he is not liable for the January 6, 2021, attack on the Capitol, But since CIC was denied a preliminary Injunction means that "CIC" is not a faithful "CIC", to the constitution during his first tenure.

## 9.JCCIC HAS UNCONSTITUTIONAL CREATED A NEW LAW FOR THE SWEARING OF THE PRESIDENTIAL -ELECT. THE PRESIDENT ELECT WAS NOT FAITHFUL DURING HIS FIRST TENURE UNITED STATES DISTRICT COURTS FOR HAVE DEEMED PRESIDENT TRUMP UNFAITHFUL DURING HIS FIRST TERM

### CAUSE OF ACTION FOR BEING UNFAITHFULLY TO ARTICLE II SECTION I CLAUSE 8 OF THE UNITED STATES CONSTITUTION

"CIC was unfaithful when see U.S Court of Appeals for the District of D.C. No. 21-5254 page 6 (I)(A) November 3, 2020, Americans elected Joseph Biden as President, giving him 306 electoral college votes. Then "CIC", though, refused to concede, claiming that the election was "rigged" and characterized by "tremendous voter fraud and irregularities[.]" President Donald J. Trump, Statement on 2020 Election Results at 0:34-0:46, 18:15 C-SPAN (Dec. 2, 2020, https://www.c-span.org/video/?506975-1/president-trump-statement-2020- election results

11. **SECOND CAUSE OF ACTION FOR BEING UNFAITHFULLY TO ARTICLE II SECTION 1 CLAUSE 8 OF THE UNITED STATES CONSTITUTION**

Over the next several weeks, President Trump and his allies filed a series of lawsuits challenging the Results of the election. Current Litigation, ABA: STANDING COMM. ON election law (April 30, 20210) https://perma.cc/9crn-2464. The courts rejected every one of the substantive claims of voter fraud that was raised. See, e.g., Donald J. Trump for President, Inc. v. Secretary of Pennsylvania, 830 F. App'x 377, 381 (3d Cir. **2020** ([C]alling an election unfair does not make it so Charges require specific allegations and then proof. We have neither here.")

**12. ELEMENTS TO PROVE NEGLIGENCE PER SE CLAIM**

The president oath of office is a legal obligation, as it is prescribed in Article ii, section 1, Clause 8 of

13. **"CIC" CHARGE WITH FORMAL ACCUSATION OF MISCONDUCT (IMPEACHMENT) BEFORE JANUARY 20, 2025, AND HAVING 34 FELONY CONVICTIONS AND STILL ABLE TO TAKE THE PRESIDENTIAL OATH OF OFFICE OVERRULED**

**14. DURING PRESIDENT TRUMP FIRST TERM, PRESIDENT TRUMP VIOLATED 18 U.S.C 1001 AND JCICC DID NOT CARE OF DUTY ARTICLE II SECTION I CLAUSE 8 OF THE UNITED STATES CONSTITUTION BY ALLOWING PRESIDENT TRUMP TO TAKE THE PRESIDENTIAL OATH OF OFFICE FOR THE SECOND TIME ON JANUARY 20, 2025**

8 U.S. Code 1001- Statements or entries generally (1) Falsifies, conceals, or covers up by trick, scheme or Devices a material fact (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materials, false, Fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offence involved international or domestic terrorism (as defined in (section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years

**15. DURING PRESIDENT TRUMP FIRST TERM, PRESIDENT TRUMP VIOLATED 18 U.S.C. 2331, AND JCICC DID NOT CARE OF DUTY TO PROTECT ARTICLE II SECTION I CLAUSE 8**

**OF THE UNITED STATES CONSTITUTION, BY ALLOWING PRESIDENT TRUMP TO TAKE THE PRESIDENTIAL OATH OF OFFICE FOR THE SECOND TIME ON JANUARY 20, 2025**

**16. VIOLATION OF 18 U.S.C. 2331 WHICH ALLOWED THE "CIC TO TAKE THE PRESIDENT OATH OF OFFICE WITH 34 FELONY CONVICTIONG**

**18 U.S.C. 2331**

*Involving violent acts or acts dangerous to human life that are a violation of the criminal laws of the United* States or of any State or that would be a criminal violation if committed within the jurisdiction of the United States of any States (B)(i) to intimidate or coerce a civilian population (B)(ii) to influence the policy of a government by *intimidation or coercion* (see United States Court of Appeals for the District of Columbia Circuit No. 21:5254 page 3 (Opinion for the Court Filed by Circuit Judge MILLETT) "On January 6, 2021, a mob professing support for then-President violently attacked the United States Capitol in an effort to prevent a Joint Session of Congress from certifying the electoral college vote designating Joseph R Biden the 46th President of the United States. The rampage left multiple people dead, injured more than 140 people, and inflicted millions of dollars in damage to the Capitol. Then-Vice President Pence, Senators, and Representatives were all forced to halt their constitutional duties and flee the House and Senate chambers for safety. The House of Representatives subsequently established the Select Committee to Investigate the Januauary 6th Attack on the United States Capitol, and charged it with investigating and reporting on the "fact circumstances, and causes relating to the January 6th attack on the Capitol and its "interference with the peaceful transfer power H.R. Res. 503, 117th Cong. 3(1) (2021).

17. JCICC **NEGLIGENCE PER SE CLAIM FOR VIOLATION OF THE 20TH AMENDMENT**

Since 1901, and *in accordance with the 20th Amendment of the United States Constitution, The Joint* The Congressional committee on Inaugural ceremonies has been responsible for the planning and execution of the Inaugural Ceremonies of the President-elect and Vice President-elect of the United States at the Capitol

The Twentieth Amendment ratified in 1935, has never been the subject of a Supreme court decision and has rarely been interpreted by lower courts. The 20th Amendment has two principal sections. The Twentieth Amendment to the United States Constitution has six sections, {Constitutional Question} whether section 3 of

the Twentieth Amendment would have disqualified the then President-Elect Donald J. Trump before January 20, 2025. Let us investigate Article II Section 4, The President, Vice President, and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or Other high Crimes and Misdemeanors.

Well, if these are the criteria for a sitting President, so what are the criteria for the President-elect, who qualify for removal and has failed to qualify. You cannot impeach a President-elect, he or she is not the president of the United States. The only difference in removing authority, is only the House of Representatives who brings articles of impeachment against a sitting president, not a president-elect. Now what do we have left, now any human being, no matter what your status in life is, that person can be, a traitor, briber, convicted felon., section 3 of the 20th Amendment, should have failed to qualify the once 2024 presidential candidate President Trump, when he was found guilty of 34 felony conviction does not qualify for the 2024 Presidential campaign. JCICC failed duty of care by violating section 3 of the 20 Amendment

## 18. ARGUMENT

**IT IS UNCONSTITUTIONAL FOR THE PRESIDENTS TO USE EXECUTIVE ORDER 14151 TO DIRECT THE DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET (OMB) TO TERMINATE ALL MADATES, POLICIES, PROGRAMS, PREFERENCES, AND ACTIVIIES RELATING TO 'DIVERSITY, EQUITY, INCLUSION, AND ACCESSIBILITY, AND TO CREATE MANDATES THAT AGENCIES MUST REPORT A LIST OF ALL EMPLOYEESS IN DEI AND "ENVIRONMENTAL JUSTICE" POSITIONS TO THE OMB DIRECTOR WITHIN 60 DAYS. [OMB] IS AN ACT OF CONGRESS**

The Civil Services Reform Act of 1978(CSRA) was enacted by the 95th United States Congress Public law (95-454) Statutes at large 92 Stat.1111, reformed the United States federal government, partly in response to the Watergate scandal 91972-74). (CSRA) abolished the U.S Civil Service Commission and distributed its functions primarily among three: new agencies: the Office of Personnel Management (OPM), the Merit Systems Protection Board (MSPB), and the Federal Labor Relations Authority. Executive Order 14151 cannot Amend Acts of congress see (Youngstown Sheet & Tube Co. v. Sawyer, 343 U.S.U.S.579 (1953) "Holding,

The President Harry S. Truman did not have in inherent authority to seize private property in the absence of either specifically Enumerated authority under Article Two of the Constitution or statutory authority conferred on him by. Executive Order 10378, directing the Secretary of Commerce to take possession of and operate the plants and facilities of certain steel companies were unconstitutional. "Syllabus" To avert a nationwide strike of workers in April 1952, which Truman believed would jeopardize national defense, the President issued Executive 10378, directing the Secretary of Commerce to seize and operate most of the steel companies. [MR. JUSTICE BLACK] delivered the opinion of the Court. 'The President power, if any, to issue the order must stem from an act of Congress or from the Constitution itself. There is no statute that expressly authorizes the President to take possession of property as he did here. Nor is there any act of Congress to which our attention has been directed from which such a power can fairly be implied. Indeed, we do understand the Government, to rely on statutory authorization for this seizure. There are two statutes which do authorize the President (Page 343 U.S. 586) to take both personal and real property under certain condition see the Selective Service Act of 1948, 62 Stat. 604, 625-627, 50 U.S.C App (Supp. IV) 468; the Defense Product Act of 1850, title II, 64 Stat. 798, as amended 65 Stat. 132. However, the Government admits that these conditions were not met, and that The President's order was not rooted in either of the statutes. The Government refers to the seizure (201(b) of the Production Act) as "much too cumbersome, involved, and time-consuming for the crisis which was at hand "Moreover, the use of the seizure technique to solve labor disputes in order to prevent work stoppages was not only unauthorized by any congressional enactment prior to this controversy, Congress had refused to r adopt that method of setting labor disputes. When the Taft-Hartley Act was under consideration in 1947, Congress rejected an amendment which would have authorized such government seizures on cases of emergency. See Cong, Rec. 3637-3645. Apparently, it was thought that the technique of seizure, like that of compulsory arbitration, would interfere with the process of collective bargaining see 93 Congress. Rec. 3835-3836. Consequently, the plan Congress adopted in that Act did not provide for seizure under any

**19. PLAINTIFF CAN PROVE COMMON JURISDICTIONS, WHERE THERE ARE ELEMENTS TO *NEGLIGENCE PER SEPER SE ACTION AGAINST DEFENDANTS***

JCICC violated their Oath of office, statute 5 U.S. Code 3331. JCICC violation section 3 of the 20th Amendment by not disqualifying the now 47th President of the United States with 34 felonies **[convictions.]** misdemeanors. Well, the now 47th President of the United States before January 20,2025 was not the president had 34 felonies convictions with no impeachment required. JCICC did not, pursuant to section 3 of the 20th Amendment, investigate to see that 34 felonies convictions world have disqualified, President Donald J Trump before January 20, 2025

## 20. ARGUMENT

**I AM A VETERAN THE (GROUP OF PEOPLE) WHO HAVE SUFFER IRREPARABLE HARM DUE TO JCICC FAILURE TO ENFORCE SECTION 3 OF THE TWENTIETH AMENDMENT, KNOWING THAT THE NOW 47TH PRESIDENT OF THE UNITED STATES FAILED TO QUALIFY, ENABLING DONALD J. TRUMP TO BECOME THE 47TH PRESIDENT OF THE UNITED STATES AND TO USED HIS EXECUTIVE ORDER 14151 AND EXECUTIVE ORDER 14158 TO BREACH, THE OFFICE OF PERSONNEL MANAGEMENT (OPM), THE MERIT SYSTEMS PROTECTION BOARD (MSPB), AND THE FEDERAL LABOR AUTHORITY. THESE THREE AGENCIES ARE AN ACT OF CONGRESS. THE SERVICE REFORN ACT OF 1978 (CSRA)**

**(A) Early "DEI" efforts included preferential hiring to veterans of the Civil War and their widows in 1865 See The 1895 report of the United States Civil Services Commission, referenced as a House No. 318, 54thCongress, 2nd Session (1897), also known as the Twelfth Report of the United States Civil-Services Commission. It was published on November 1, 1895**

**(B) Title H.R.-82nd Congress (1951-1952) An Act to extend the benefits of the Veterans Prefence Act of 1944 to persons serving in the Armed Forces of the United States after the termination of the state of war between the United States and the Government of Japan and prior to July 2, 1955**

**(C) The Javits-Wagner- O'Day Act 41 U.S.C. SECTION 46, requiring that all federal agencies purchase specified supplies and services from nonprofit agencies employing persons who are blind or have other significant disabilities. Passed by 92nd United States Congress in 1971**

**(D) The Civil Rights Act of 1964 Public Law 88-452, Enacted by the 88th United States Congress epitome of "DEI". Delegating legislative power to the executive branch requires Congress to provide policy standards and guidance in those area (all of President Donald J, Trump concerning his Executive Orders has no congressional standards.**

**(E)**

## 21. ARGUMENT

**PRESIDENT DONALD J. TRUMP DID NOT GET LEGISLATIVE APPROVAL FROM CONGRESS BEFORE HE SIGNED EXECUTIVE ORDER (EO) 14151. SEE PANAMA REFINING CO. v. RYAN**

**293 U.S. 388 (1935) "PRIMARY HOLDING" DELEGATING LEGISLATIVE POWER TO THE EXECUTIVE BRANCH REQUIRES CONGRESS POLICY STANDARD AND GUIDANCE IN THESE AREA.**

Congress policy standard and guidance in this area concerning Executive Order 14151 were not implemented Because he signed Executive Order 14151 on January 20, 2025, his first day in the oval office.

## 22. ARGUMENT

**IT IS UNCONSTITUTIONAL FOR THE PRESIDENT OF THE UNITED STATES TO USE EXECUTIVE ORDER 14151 TO DIRECT THE DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET (OMB) TO TERMINATE ALL MANDATES, POLICIES, PROGRAMS, PREFERENCES, AND ACTIVITIES RELATING TO 'DIYERSITY, EQUITY, INCLUSION, AND ACCESSIBILTY (DEI). (OMB) IS ONE OF THE THREE PRIMARY AGENCIES THAT IS COMPRISED OF THE CIVIL SERVICE REFORM ACT OF 1978**

**See: Panama Refining Co. v. Ryan, 293 U.S. 388 (1935)**

**PRIMARY HOLDING:** Delegating legislative power to the executive branch requires Congress to provide policy standards and guidance in those areas.

## 23. FACTS

Section 9) c) of the National Industrial Recovery Act, purporting to authorize the President to prohibit the transportation in interstate and foreign commerce of petroleum and the product thereof produced or withdrawn from storage in excess of the amount permitted by authority, attaches criminal penalties to every violation of such order, and persons who would thus become subject to repeated penalties in carrying on their business are entitled, see page 293 U.S. 389.

Using the authority of the National Industrial Recovery Act (NIRA), The then President FDR used an executive order to prohibit the transportation of petroleum and petroleum products in interstate and foreign commerce if they had been produced in excess of the amount permitted by the stated. Panama Refining Co. operated an oil refinery and sought an injunction against enforcing the regulations that were created under the NIRA. It succeeded in the lower court, but the intermediate appellate court removed the injunction

[**MR CHIEF JUSTICE HUGHE**] delivered the opinion of the court. On July 11, 1933, the President, by Executive Order, prohibited "the transportation in interstate and foreign commerce of petroleum and the

produced or withdrawn from storage in excess of the amount permitted to be produced or withdrawn from storage by any board, commission, officer, or other duty. See **[PAGES 293 U.S. 406]** Page / Authorized agency: Executive Order 6199 "Prohibition in interstate of Foreign Commerce of Petroleum and Products. *Thereof unlawfully Produced or Withdrawn from Storage* "By *virtue of the authority vested in me by the* Act of Congress entitled An Act To encourage national industrial recovery, to foster fair competition, and to provide for the construction of certain useful public works and for other purposes, approved June 16, 1933 (Public No.67, 73d Congress), *the transportation in interstate and foreign commerce of* petroleum and produced or withdrawn from storage by any States law or valid regulation or order prescribed thereunder, by any board, commission, officer other duly authorized agencies of a State, is hereby prohibited. "FRANKLIN D ROOSEVELT "This action was based on 9© of title 1 of the National Industrial Recovery Act of June 16 1933}" 48 Stat. 195, 200, 15 U.S.C. Tit. 1_709©. That section provides "Sec 9." © The President is authorized to prohibit the transportation in interstate and foreign commerce of petroleum and the product thereof produced or withdrawn from storage in excess of the amount permitted to be produced or withdrawn from storage by any State law or valid regulation or order prescribed thereunder, by any board commission, officer or other duly authorized agency of a State. Any violation of any order of the President issued under the provision of this subsection shall be punishable by fine of not to exceed $1000, or imprisonment for not to exceed six months, or both "On July 14, 1933, the President, by Executive Order 6199, authorized the Secretary of the Interior to exercise all the powers vested in the President "for the purpose of enforcing **[page 293 U.S. 407]** Section 9(c) of said order" of July 11, 1933, "including full authority to and appoint such agents and to set up such boards and agencies as he may see fit, and to promulgate such rules and regulations as he may deem necessarily see Executive Order 6204 of July 14, 1933 "Prohibition of Transportation in Interstate and Foreign Commerce of Petroleum and the Products Thereof Unlawfully Produced or Withdrawn from Storage ""By virtue of the authority vested in me by the Act of Congress, entitled "An Act To encourage national industrial recovery, to foster fair competition, and to provide for the construction of certain useful

public works, and for other purposes," approved July 11, 1933, (Public No. 67, 73d Congress), in order to effectuate the intent and purpose of the Congress as expressed in Section 9(c) thereof, and for the purpose of securing the enforcement of my order of July 11, 1933, issued pursuant to said act, I hereby authorize the Secretary of the Interior se all the power vested in me, for the of enforcing Section 9(c) of said act and said order, including full authority to designate and appoint such agents and to set up such boards and agencies as he may see fit, and to promulgate such rules and regulations "FRANKLIN D. ROOSEVELT, "THE WHITE HOUSE ""July 14, 1933, On July 15, 1933, the Secretary of the Interior issued regulations to carry out the President's orders of July 11.and 14 1933. These regulations were amended by orders. See **[PAGE 293 U.S. 408]. On July 25, 1933, and August 21, 1933, prior** to the commencement of these suits. Regulation IV provided, in substance, that every producer of petroleum should file a monthly statement under, beginning August 15, 1933, with the Division of Investigations of the Department of the Interior giving information with respect to the residence and post office address of the producer, the location of his producing properties and wells, the allowable production as prescribed by state authority, the amount of daily production, all deliveries of petroleum, and declaring that no part of the petroleum or products produced and shipped had been produced or withdrawn from storage in excess of the amount permitted by state authority On August 19, 1933, the President, by Executive Order No. 6256, stating that this action was taken Under title 1 of the National Industrial Recovery Act, approved. a "See more **[ PAGE 293 U.S. 408], [PAGE 298 U.S.409], [PAGE 293 U.S. 410], [ PAGE 293 U.S. 411]. Plaintiffs** attacked the validity of 9(c) as an unconstitutional delegation to the President of legislative power and as transcending the authority of the Congress under the commerce \ clause. The regulations, and the attempts to enforce them by coming upon the properties of the plaintiffs, gauging their tanks, digging up pipelines, and otherwise, were also assailed under the fourth and fifths Amendment of the Constitution. **See more [PAGE 293 U.S. 412], [PAGE 293 U.S. 413], [PAGE 293 U.S. 414].** Requirements and expand them. They resent the same constitutional questions, and the cases as to these are not moot. Southern Pacific Company v. Interstate Commerce Comm'n, 219 U.S. 498, 219 U.S. 514-516.

McGrain v. Daugherty,273 U.S. 135,273 U.S. 181-182.The original regulations of July 15, 1933, as amended July 25, 1933, and August 21, 1933, were issued to enforce the Executive Order of July 11 and July 14, 1933. The Executive Order of July 11, 1933, was made under 9(c) of the National Industrial Recovery Act, and the Executive Order of July 14, 1933, under 10(a) of that act, authorizing the Secretary of the Interior to **promulgate regulations, was for the purpose of enforcing 9(c) and the Executive Order of July 11m 1933. The** amended regulations have been issued for the same purpose. The fundamental question as to these regulations Thus, it turns upon the validity of 9(c) and the executive order to carry it out. See more [PAGE **293 U.S. 415], [PAGE 293 U.S.416], [PAGE 293 U.S. 417], [PAGE 293 U.S. 418]. The Congress did** prohibit transportation. The Congress did not say that transportation of that oil was "unfair competition} The Congress did not declare in what circumstance that transportation should be forbidden or require the President to make any determination as to any facts or circumstances. Among the numerous and diverse objectives broadly stated, the President was not required to choose. The President was not required to ascertain and proclaim the conditions prevailing in the industry which made the prohibition necessary. The Congress left the matter to the President without standard or rule, to be dealt with as he please, **also see (PRESIDENT DONALD TRUMP EXECUTIVE ORDER 14151).** The effort by ingenious and diligent construction to supply a criterion still permits such a breadth of authorized action as essentially to commit to the President the functions of a legislature, rather than those of an executive or administrative. See **[PAGE 293 U.S. 419], [PAGE 293 U.S. 420], [PAGE 293 U.S. 421]. The Constitution** provide that "All legislative Power herein shall be vested in a Congress of the United States, which shall **consist** of a Senate and House of Representatives." Article I section 1. And the Congress is empowered "To make all Laws which shall be necessary and proper for carrying into "Execution" its general powers. Article 1 section 8, paragraph 18, The Congress manifestly is not permitted to abdicate or to transfer to other the essential legislative functions with which is thus vested. See more **[PAGE 293 U.S. 422], [ PAGE 293 U.S. 423], [PAGE 293 U.S. 424], [ PAGE 293 U.S. 425], "Congress cannot delegate legislative power to the President is universally**

**recognized as vital to the integrity and maintenance of the system of government ordained by the constitution" see more [PAGE 293 U.S. 427], [PAGE 293 U.S. 426], [PAGE 293 U.S. 427], [ PAGE 293 U.S. 428], [PAGE 292 U.S. 429], [ PAGE 293 U.S. 430], [ PAGE 293 U.S. 431], [PAGE 293 U.S. 432],**

**[PAGE 293 U.S. 432] We see no escape from the conclusion that the Executive Order of July 11, 1933, and July 14, n1933, and the regulations issued by the Secretary of the Interior thereunder, are without constitutional authority. See [page 293 U.S. 433]. ARGUMENT: THIS ORDER IS APPLICABLE TO PRESIDENT DONALD TRUMP'S EXECUTIVE ORDER 14151.**

## 12. ARGUMENT

***It is unlawful fur President Donald J. Trump to use Executive Order 14151 and Executive Order 14148*** **To breach The Civil Rights of 1964 is the epitome of "DEI"**

## PRAYER FOR RELIEF

**a. Award 50 million dollars to this Negligence per se lawsuit against JCICC for violation of section 3 of 20th Amendment**

**b. Temporarily restrain and enjoin Defendant from continuing to implementing or enforcing Executive Order 14151 and 14148 these orders are irreparable Harm to classes of people, like me. I am a veteran, over 65 years of age, and receive Medicare and Medicaid**

**C. Declare that Executive Order 14151 and Executive Order 14148 are without constitutional Authority**

**D. Temporary Injunction and enjoin the President Donald Trump Executive Order 14148 and Executive Order 14151 from Irreparable Harm to United States veterans, like me, and the class of people who receive Medicaid and Medicare**