FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 30 2025
TAMMY H. DOWNS, CLERK
By: DEP CLERK

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

**Keith A. Williams et., al.,**

Plaintiff(s),

vs.

**United States Joint Congressional Committee on Inaugural Ceremonies et., al.,**

Defendant(s)

**and**

**Donald J. Trump, 47th President of the United States of America et., al.,**

Defendant(s)

**Case no. 4:25-cv-00041-LPR**

## MOTION TO THE COURT

**RULE 7 FEDERAL RULES OF CIVIL PROCEDURE**

**TO ADJURE THE CLERK OF COURT TO ENTER ENTRY OF DEFAULT AGAINST DEFENDANTS**

**RULE 55(a) FEDERAL RULES OF CIVIL PROCEDURE**

---

United States Joint Congressional Committee on Inaugural Ceremonies et.al. and Donald J. Trump 47th President of the United States, has failed to response to amended complaint by 60 days. Amended pleadings were served on Defendants February 26, 2025, see docket number (6). Pursuant to Federal Rule of Civil Procedure, Plaintiff [Keith A Williams] Motion to the [Court] to adjire the [Clerk of Court] to enter [Entry of Default] against Defendants [ United States Joint Congressional Committee on Inaugural Ceremonies et., al.,] and [Donald J. Trump, 47th President of the United States of America et., al.,] Defendants didn't file a response by any of the deadline's due date, which are [April 28, /2025], [April 29, 2025] and [May 15, 2025]. It is now May 30,2025 and more than 14 days have passed since the May 15, 2025, deadline and still no answer, still has

not been filed. The United States Joint Congressional Committee on Inaugural Ceremonies and Donald J. Trump, 47th President of the United States of America is in default of its obligation under [Rule 12] and plaintiff [Motion] the Court to adjure the [Clerk of Court] to enter [ ENTRY OF DEFAULT against Defendants pursuant to Rule 55) a).

DATED: May 30, 2025

Keith A Williams
Pro-Se

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS

Keith A. Williams et., al.,
Plaintiff(s),

vs.

United States Joint Congressional Committee
On Inaugural Ceremonies et., al.,
Defendant(s).

And

Donald Trump 47th President of the
United States of America et., al.,
Defendant (s)

Case No. **4:25-CV-00041-LPR**

**AFFIDAVIT IN SUPPORT OF MOTION OF THE COURT TO ADJURE THE CLERK TO ENTER "ENTRY OF DEFAULT' AGAINST THE DEFENDANTS LOCAL RULE 7.2 FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

Keith A. Williams declare under the penalty of perjury that the following facts are true and correct to the best of my information and belief.

(1) I am the Pro-se, plaintiff in this case and my mailing address is 216 Johnson St, Little Rock, Arkansas 72205-5824. (2) On May 15, 2025, Defendants, [Response] Deadline was due and the defendants as of, have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. 60 days has elapsed, and defendant has failed to respond (3) I Keith A Williams "Motion" the Court to adjure the [Clerk of the Court] to Enter "ENTRY OF DEFAULT" (4) Copies of this motion were Certified mailed to both Defendants, as well as to [The] U.S. Attorney General on May ~~30~~ 31, 2025.

Sworn to and subscribed before

Me on the 30th day of May, 2025

Jean M. [signature]

Notary Public

Keith A Williams

Keith A Williams [signature]

Pro-Se

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| Keith A. Williams et., al.,<br>Plaintiff(s),<br>vs<br>United State Joint Congressional Committee on Inaugural Ceremonies er., al.,<br>Defendant(s)<br>And<br>Donald J Trump, 47th President of the United States of America et., al.,<br>Defendant(s). | ) | Case No.: **4:25-cv-00041-LPR**<br><br>**ENTRY OF DEFAULT** |

It appears that [Affidavit of Service] was filed on Defendants on February 26,2025, and that the summons and complaints were duly served and the 60 days and has passed [and no answers] or other pleadings have not been filed by either of the said defendants, as required by law. Defendants failed to respond to pleads or otherwise defend by all due dates. [ Defendants] United States Joint Congressional Committee on Inaugural Ceremonies et., al., and [ Defendant] Donald J. Trump, 47th President of the United States of America et., al., [has filed no answer] or other pleadings has not been filed by neither of the said defendants, as required by law. Also, Defendants failed to respond to pleads or otherwise defend the 60 days latest United States Postal Service of Certified mail dated March 13 ,2025 [see docket 9] as provided by the Federal Rules of Civil Procedure Therefore, upon the plaintiff's motion to the court to have clerk entry of default is hereby **Granted** against the defendants as provided in Rule 55(a)

____________________________

Tammy H. Downs
Clerk of Clerk