**Keith A. Williams**
**216 Johnson Street**
**Little Rock, Arkansas, 72205**
**(501) 414-6704**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 22 2026
TAMMY H. DOWNS, CLERK
By: ______ DEP CLERK

# FOR THE EASTERN DISTRICT OF ARKANSAS CENTRAL DIVISION

| | |
|---|---|
| Keith A. Williams et., al.,<br>Plaintiff(s)<br>v.<br>United States Joint Congressional Committee on Inaugural Ceremonies et., al.,<br>Defendant(s)<br>And<br>Donald J. Trump,47th President of the United States of America et., al.,<br>Defendant(s) | **Case no. 4:25-cv-00041-LPR**<br>**Hon. Lee P. Rudofsky**<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS NUNC PRO TUNC** |

Comes now the Plaintiff, Keith Allen Williams, proceeding pro se, and respectfully moves this Honorable Court for an Order granting leave to file his attached Response to the Defendant's Motion to Dismiss, Nunc Pro Tunc. In support of this Motion, Plaintiff states as follows:

1. On May 13, 2026, Defendant served a Motion to Dismiss targeting Plaintiff's Second Amended Complaint.

2. In response, plaintiff drafted and filed an opposition response on May 27, 2026.
3. Believing in good faith that Federal Rule of Civil Procedure 15(a)(1)(B) Permitted successive amendment as a matter of course within 21 days of any Newly filed motion to dismiss, Plaintiff subsequently filed a Third Amended complaint on the June 3, 2026 deadline
4. On June 11, 2026, This Court entered an Order striking Plaintiff's Third Amended complaint from the active record.
5. Because the Third Amended complaint was struck, the Second Amended complaint remains the operative pleading in this civil action, and defendant's May 13, 2026 Motion to Dismiss is currently active and pending before the Court.
6. To remedy this procedural defect, Plaintiff has attached his comprehensive Response in Opposition as "Exhibit A" This response contains vital, specific allegations demonstrating federal question jurisdiction under 28 U.S.C. section 1331, proper venue under 28 U.S.C. section, and concrete, individualized housing injuries under Executive Order 14151 that establish Plaintiff's legal standing to sue;
7. Granting this motion will not surprise or prejudice the Defendant, as the Defendant was already alerted to the baseline arguments via the May 27, 2026 filling
8. To ensure this action is justly decided on its actual constitutional and fractural merits rather than a rigid procedural oversight, Plaintiff requests that this Court grant this Motion and enter an Order directing the Clerk to file Plaintiff's Response to Defendant Motion to Dismiss, attached hereto as Exhibit A, nunc pro tunc.

Dated June 19, 2026

Respectfully submitted

Keith Allen Williams

Keith Allen Williams

Plaintiff Pro-Se

216 Johnson

Little Rock, Arkansas, 72204

**Keith A. Williams**
**216 Johnson Street**
**Little Rock, Arkansas, 72205**
**(501) 414-6704**

**FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| Keith A. Williams et., al.,<br>Plaintiff(s)<br>v.<br>United States Joint Congressional Committee on Inaugural Ceremonies et., al.,<br>Defendant(s)<br>And<br>Donald J. Trump,47th President of the United States of America et., al.,<br>Defendant(s) | **Case no. 4:25-cv-00041-LPR**<br>**Hon. Lee P. Rudofsky**<br><br>**CERTIFICATE OF SERVICES** |

I hereby certify that on this 19th day of June, 2026, a true and correct copy of the foregoing Motion, Exhibit A Cover Page, and the attached Exhibit A Response was served United States Postal mail by Certified mail to Jonathan D. Ross, U.S. Attorney for the Defendants, United States Joint Congressional Ceremonies et., al., on Inaugural Ceremonies

And

Donald J. Trump 47th President, of the United States of America

U.S. Attorney's Office
Eastern District of Arkansas
425 West Capitol Avenue, Suite 500
Little Rock, Arkansas 72201

Dated June 19, 2026

Respectfully submitted

Keith Allen Williams

Keith Allen Williams

Plaintiff Pro-Se

216 Johnson

Little Rock, Arkansas, 72204

(501)414-6704

;

**EXHIBIT A: PLAINTIFF'S RESPONSE'S**
**TO DEFENDANT'S MOTION TO DISMISS**

**Keith A. Williams**
**216 Johnson Street**
**Little Rock, Arkansas, 72205**
**(501) 414-6704**

**FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISIONAINTIFF**

| | |
|---|---|
| Keith A. Williams et., al.,<br>Plaintiff(s)<br>v.<br>United States Joint Congressional Committee on Inaugural Ceremonies et., al.,<br>Defendant(s)<br>And<br>Donald J. Trump, 47th President of the United States of America et., al.,<br>Defendant(s) | **Case no. 4:25-cv-00041-LPR**<br>**Hon. Lee P. Rudofsky**<br><br>**EXHIBIT A** |

Plaintiff's Response in opposition to Defendant's Motion to Dismiss

Comes now the Plaintiff, Keith Allen Williams, proceeding pro-se and respectfully submits This Response in Opposition to Defendant's Motion to Dismiss. Plaintiff requests that this Honorable Court deny Defendant's Motion to Dismiss, because the active pleading states valid claims over which this Court has full authority to act

## I. JURISDICTION AND VENUE ARE PROPER

1. **Subject-Matter Jurisdiction:** Court has subject-matter jurisdiction over this civil action pursuant to 28 U.S.C. section 1331 ( Federal Question Jurisdiction). The claim asserted herein arise directly under the United states Constitution and federal statutes, creating an active case and controversy that falls squarely within the judicial power of the federal courts.
2. **Territorial Venue:** Venue is proper in the United states district for the Eastern District of Arkansas, Central division, pursuant to 28 U.S.C section 1391. The impact of the complained-of injuries occurs within this judicial district, affecting the Plaintiff and a proposed class of similar residents of the States of Arkansas.

## II. PLAINTIFF ALLEGATION OF CONCRETE, COGNIZABLE INJURY

3. **Reversal of Targeted Federal Equity Protections:** Plaintiff suffers direct, actionable harm resulting from the modern economic consequence of the compounding Racial Wealth Gap. This systemic disparity its directly exacerbated by the unilateral implementation and impact of Executive Order 14151 and Executive Order 14148
4. Elimination of Diversity and Inclusion Infrastructure: **Executive Order 14148,** mandates the wholesale termination of federal programs, policies, and administrative frameworks relating to diversity, equity, and inclusion. This complete dismantling abolishes federal executive accountability and strips away-conscious remedies without an Act of Congress
5. Creation of an unstable legal Environment: Because these sweeping Orders can be signed, altered, or rescinded by a single executive Order they create an erratic, hostile, and unstable legal environment. This until presidential action effectively blocks the Plaintiff and others. descendants of formerly African slaves, from

achieving permanent, stable administrative relief for historical injuries. Consequently, direct judicial intervention by this Court has become an absolute necessity to safeguard equitable rights.

## II. CLASS ACTION ALLEGATIONS

6. Class Representation: Plaintiff brings this action on behalf of himself and all other similarly situated formerly descendants of formerly African slaves residing in the United States who are being denied stable, uniform administrative equity protections due to arbitrary, shifting Executive Branch overreach

## iv. STATEMENT OF THE FACTS AND STANDING

7. Personal, Concrete Injury to Plaintiff: Plaintiff has a direct, personal stake in the outcome of this litigation due to a concrete and individualized injury. A low-income individual who cannot get Section 8 Housing Choice Voucher program administered by the U.S. Department of Housing and Urban development (HUD)
8. Direct Impact of Executive Order 14151; Following the implementation of Executive Order 14151, HUD systematically dismantled its localized equity targeted minority outreach programs, and fair-housing infrastructure designed to assist formerly descendants of African slaves, in navigation the severe affordability gap.
9. The Resulting Harm: As a direct result of the wholesale elimination of targeted administrative protections under Executive Order 14151, the administrative criteria shifted, directly causing the Plaintiff to be blocked from qualifying for Section 8 housing assistance. This is not a generalized grievance; measurable economic and residential injury inflicted directly by the enforcement of the challenged Executive Order.
10. Necessity of Judicial Remedy: Because the Executive Branch unilaterally stripped away these equity-focused housing pathways without an Act of Congress, the

Plaintiff has no administrative remedy left available. Only an order from this court can address the injury and restore equitable access to essential fits.

**11. CONCLUSION**

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court deny Defendant's motion to Dismiss, sustain the Plaintiff's claims, and grant such other and further relief as this Court deems just and proper.

**Dated June** ~~[illegible]~~ 22rd**, 2026**

June 22rd, 2026

**Respectfully submitted,**

Keith Allen Williams

**Keith Allen Williams**

**Plaintiff Pro Se**

**216 Johnson Street**

**Little Rock, Arkansas 72205**

(404) 902-2118

9589 0710 5270 4101 5803 07

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
***Domestic Mail Only***

**For delivery information, visit our website at *www.usps.com®*.**

Little Rock AR 72201

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $5.30 |
| | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage $ | $2.44 |
| **Total Postage and Fees** $ | $7.74 |

SCIPIO A JONES POST OFFICE
LITTLE ROCK, AR 72206-9998
0018
14
JUN 22 2026
Postmark Here
06/22/2026

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

**PS Form 3800, January 2023** PSN 7530-02-000-9047 **See Reverse for Instructions**