# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 20 2026
TAMMY H. DOWNS, CLERK
By: ______ DEP CLERK

Keith A. Williams et., al.,

Plaintiff(s)

v.

United States Joint Congressional Committee on Inaugural Ceremonies et., al.,

Defendant(s)

And

Donald J. Trump, 47 President of the United States of America et., al.,

Defendant(s)

Case no. 4:25-cv-00041-LPR

Hon. Lee P. Rudofsky

**PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION TO DISMISS UNDER LOCAL RULE 7.2.**

Plaintiff **[Keith AllenWilliams]**representing themselves pro-se, respectfully submits this Response in Opposition to Defendant's Motion to Dismiss, for the reasons set forth in Exhibit A

**Dated August 20, 2026**

**Pro-Se**

Keith Allen Williams

**Keith Allen Williams**

**216 Johnson Street**

**Little Rock, Arkansas**

**( 404) 902-2118**

**BLANK PAGE**

**EXHIBIT A: PLAINTIFF'S RESPONSE'S TO DEFENDANT'S MOTION TO DISMISS**

**Keith A. Williams**
**216 Johnson Street**
**Little Rock, Arkansas, 72205**
**(501) 414-6704**

**FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISIONAINTIFF**

| | |
|---|---|
| Keith A. Williams et., al.,<br>Plaintiff(s)<br>v.<br>United States Joint Congressional Committee on Inaugural Ceremonies et., al.,<br>Defendant(s)<br>And<br>Donald J. Trump, 47th President of the United States of America et., al.,<br>Defendant(s) | Case no. 4:25-cv-00041-LPR<br>Hon. Lee P. Rudofsky<br><br>**EXHIBIT A** |

Plaintiff's Response in opposition to Defendant's Motion to Dismiss

Comes now the Plaintiff, Keith Allen Williams, proceeding pro-se and respectfully submits This Response in Opposition to Defendant's Motion to Dismiss. Plaintiff requests that this Honorable Court deny Defendant's Motion to Dismiss, because the active pleading states valid claims over which this Court has full authority to act

## I. JURISDICTION AND VENUE ARE PROPER

1. **Subject-Matter Jurisdiction:** Court has subject-matter jurisdiction over this civil action pursuant to 28 U.S.C. section 1331 ( Federal Question Jurisdiction). The claim asserted herein arise directly under the United states Constitution and federal statutes, creating an active case and controversy that falls squarely within the judicial power of the federal courts.
2. **Territorial Venue:** Venue is proper in the United states district for the Eastern District of Arkansas, Central division, pursuant to 28 U.S.C section 1391. The impact of the complained-of injuries occurs within this judicial district, affecting the Plaintiff and a proposed class of similar residents of the States of Arkansas.

## II. PLAINTIFF ALLEGATION OF CONCRETE, COGNIZABLE INJURY

3. **Reversal of Targeted Federal Equity Protections:** Plaintiff suffers direct, actionable harm resulting from the modern economic consequence of the compounding Racial Wealth Gap. This systemic disparity its directly exacerbated by the unilateral implementation and impact of Executive Order 14151 and Executive Order 14148
4. Elimination of Diversity and Inclusion Infrastructure: **Executive Order 14148,** mandates the wholesale termination of federal programs, policies, and administrative frameworks relating to diversity, equity, and inclusion. This complete dismantling abolishes federal executive accountability and strips away-conscious remedies without an Act of Congress
5. Creation of an unstable legal Environment: Because these sweeping Orders can be signed, altered, or rescinded by a single executive Order they create an erratic, hostile, and unstable legal environment. This until presidential action effectively blocks the Plaintiff and others. descendants of formerly African slaves, from

achieving permanent, stable administrative relief for historical injuries. Consequently, direct judicial intervention by this Court has become an absolute necessity to safeguard equitable rights.

II. **CLASS ACTION ALLEGATIONS**

6. Class Representation: Plaintiff brings this action on behalf of himself and all other similarly situated formerly descendants of formerly African slaves residing in the United States who are being denied stable, uniform administrative equity protections due to arbitrary, shifting Executive Branch overreach

**iv. STATEMENT OF THE FACTS AND STANDING**

**7.** Personal, Concrete Injury to Plaintiff: Plaintiff has a direct, personal stake in the outcome of this litigation due to a concrete and individualized injury. A low-income individual who cannot get Section 8 Housing Choice Voucher program administered by the U.S. Department of Housing and Urban development (HUD)

**8.** Direct Impact of Executive Order 14151; Following the implementation of Executive Order 14151, HUD systematically dismantled its localized equity targeted minority outreach programs, and fair-housing infrastructure designed to assist formerly descendants of African slaves, in navigation the severe affordability gap.

**9.** The Resulting Harm: As a direct result of the wholesale elimination of targeted administrative protections under Executive Order 14151, the administrative criteria shifted, directly causing the Plaintiff to be blocked from qualifying for Section 8 housing assistance. This is not a generalized grievance; measurable economic and residential injury inflicted directly by the enforcement of the challenged Executive Order.

**10.** Necessity of Judicial Remedy: Because the Executive Branch unilaterally stripped away these equity-focused housing pathways without an Act of Congress, the

Plaintiff has no administrative remedy left available. Only an order from this court can address the injuries done by Executive Order 14151 and Executive Order 14148 and restore with monetary relief of $500,000, and Equitable relief deeming Executive Order 14151 and Executive Order 14151 unconstitutional

**11. CONCLUSION**

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court, deny Defendant's motion to Dismiss, sustain the Plaintiff's claims, and grant such other and further relief as this Court deems just and proper.

Respectfully submitted

**August 20, 2026**

**Keith Allen Williams**

Keith Allen Williams

**Plaintiff-Pro-Se**

**216 Johnson Street**

**Little Rock, Arkansas 72205**

**(404) 902-2118**