**Keith A. Williams**
**216 Johnson Street**
**Little Rock, Arkansas, 72205**
**(404) 902-2118**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 01 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS CENTRAL DIVISION

Keith A. Williams et., al.,
Plaintiff(s)
v.
United States Joint Congressional Committee on Inaugural Ceremonies et., al.,
Defendant(s)
And
Donald J. Trump,47th President of the United States of America et., al.,
Defendant(s)

**Case no. 4:25-cv-00041-LPR**
**Hon. Lee P. Rudofsky**

## CERTIFICATE OF SERVICES FOR DOCKET NUMBER (58)

I hereby certify that on **August 26, 2026**, a true and correct copy on **Docket Number (58)** was served United States Postal mail by Certified mail to Jonathan D. Ross, U.S. Attorney, representing the Defendants, United States Joint Congressional Ceremonies on Inaugural Ceremonies et., al

And

Donald J. Trump 47th President, of the United States of America

U.S. Attorney's Office
Eastern District of Arkansas
425 West Capitol Avenue, Suite 500
Little Rock, Arkansas 72201

Dated August 31, 2026

Respectfully submitted
Keith Allen Williams
Keith Allen Williams
Plaintiff Pro-Se
216 Johnson Street
Little Rock, Arkansas, 72204
(404) 902-2118

;

9589 0710 5270 4101 5884 95

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $ $4.65

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $ $12.90

Total Postage and Fees $

Postmark Here

SCIPIO A JONES POST OFFICE
AUG 26 2026
LITTLE ROCK

Sent To Jonathan Ross U.S.
Street and Apt. No., or PO Box No. Attorney Eastern
City, State, ZIP+4® District of Arkansas

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions