# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 04 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

| | |
|---|---|
| Keith A. Williams et., al.,<br>Plaintiff(s)<br>v.<br>United States Joint Congressional Committee on Inaugural Ceremonies et., al.,<br>Defendant(s)<br>And<br>Donald J. Trump, 47 President of the United States of America et., al.,<br>Defendant(s) | Case no. 4:25-cv-00041-LPR<br>Hon. Lee P. Rudofsky<br><br>**PLAINTIFF'S PROOF OF SERVICE FOR SUR-REPLY** |

Plaintiff **[Keith AllenWilliams]** shows proof that United States Attorney, Jonathan D. Ross was served the sur-reply.

**Dated November 4, 2026**

**Pro-Se**

Keith Allen Williams

**Keith Allen Williams**

**216 Johnson Street**

**Little Rock, Arkansas** 72205

**( 404) 902-2118**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan Ross
U.S. Attorney
425 West Capitol S 500
Little Rock AR 72201

9590 9402 4817 8344 8865 62

2. Article Number (Transfer from service label)

9589 0710 5270 3274 3692 07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [illegible]

☐ Agent
☐ Addressee

B. Received by (Printed Name) [illegible]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt